# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CASE NO. 5:23-CR-019-KDB-DCK

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CLIFTON RAY JAMES, JR., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion For Order To Immediately Transport Mr. James For Competency Evaluation" (Document No. 33) filed November 6, 2023.

Considering Defendant's representation in his "Supplement To Docket No. 33" that Defendant "was transported to Irwin County Detention Center in Georgia, on November 8, 2023," but that he "remains incarcerated in Irwin County," the undersigned finds that Status Reports would be helpful. See (Document No. 36).

**IT IS, THEREFORE, ORDERED** that the parties shall file Status Reports on or before **November 29, 2023** regarding the status of efforts to transport Defendant to the designated location within the Bureau of Prisons for his competency evaluation.

**SO ORDERED**.

Signed: November 20, 2023

David C. Keesler
United States Magistrate Judge