IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:23-CR-019-KDB-DCK

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CLIFTON RAY JAMES, JR., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Sealed Motion (Document No. 44) filed by Defendant on December 4, 2023. The Court believes that it will be aided in its decision by a written response from the Government. Accordingly, the Court will order that counsel for the Government file a response to Defendant's motion.

**IT IS, THEREFORE, ORDERED** that the Government shall file a response to Defendant's Sealed Motion (Document No. 44) on or before **December 12, 2023**.

**IT IS FURTHER ORDERED** that the Clerk's Office shall transmit a copy of this Order to the Bureau of Prisons, via email, to the email address previously specified. See (Document No. 42).

**SO ORDERED**.

Signed: December 5, 2023

David C. Keesler
United States Magistrate Judge