UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> CLIFTON RAY JAMES, JR. ) <br> _____ ) | DOCKET NO.: 5:23- CR-19-KDB <br><br> FACTUAL BASIS |

NOW COMES the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the guilty plea that will be entered to Count One in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to a guilty plea to Count One, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the United States's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. On or about December 29, 2022, in Catawba County, within the Western District of North Carolina, **CLIFTON RAY JAMES JR.**, possessed a firearm, one (1) Glock pistol, model 43, in and affecting commerce.

2. Prior to December 29, 2022, **CLIFTON RAY JAMES JR.**, had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, and had, in fact been punished by imprisonment exceeding one year.

(Remainder of the page left intentionally blank)

3. **CLIFTON RAY JAMES JR.** knew he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year when he knowingly and intentionally possessed the firearm on December 29, 2022.

DENA J. KING
UNITED STATES ATTORNEY

*[signature]*

BRANDON L. BOYKIN
ASSISTANT UNITED STATES ATTORNEY

Defendant's Counsel's Signature and Acknowledgment

I have read this Factual Basis and the Bill of Indictment in this case and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis and the Bill of Indictment. I hereby certify that the defendant does not dispute this Factual Basis.

*[signature]* MARK ROSENBLUM, Attorney for Defendant

DATED: 4/4/24